## THOMAS DELANEY *vs.* GEORGE TOWNS.

One who has bought and received poultry at different times cannot resist payment therefo, by proof of a written receipt for a sum less than its value, given to him by the seller at the commencement of their dealings, " to buy poultry, at ten dollars per hundred." Double costs are not allowable in cases coming up by appeal.

CONTRACT for poultry sold and delivered. The case was re ferred by rule of court, and the referee returned his award in favor of the plaintiff. He also, by request of the defendant, reported the facts proved before him, by which it appeared that on the 3d of November 1859 the parties met, and the plaintiff executed to the defendant the following writing : " Plattsburgh, Nov. 3 1859. Received of George Towns fifty dollars to buy poultry, to be delivered at Burlington at ten dollars per hundred, less by the expenses from this shop. Thomas Delaney." The referee stated that he found from the evidence that the defend- ant agreed to purchase all the poultry which the plaintiff would deliver to him at Burlington, Vermont, before the 19th of No- vember 1859, and to pay ten cents a pound therefor ; and that the plaintiff accordingly furnished poultry before that date to the value of $379.95, which was accepted and partially paid for by the defendant, and that there remained due as the balance of

account the sum of $159.95. In the superior court, *Putnam*, J, ordered judgment on the award, and the defendant appealed.

*C. G. Thomas*, for the defendant.

*E. I. Browne*, for the plaintiff, was not called on.

BY THE COURT. Parol evidence was admissible to show the original bargain between the parties. Even if it were not, the plaintiff may well recover for subsequent sales.

*Judgment on the award.*

The plaintiff moved for double costs.

BY THE COURT. The statute does not apply to cases coming up by appeal. Gen. Sts. *c.* 112, § 13.